IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Natasha L. White, | ) | C/A No.: 0:13-cv-2561 DCN PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO REMAND** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner, | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorney, the Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to sentence four of 42 U.S.C. § 405(g) for an order remanding this case to the Commissioner for further administrative proceedings. Plaintiff consents to this motion.

Pursuant to the power of this court to enter an order remanding this case under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this court hereby

**REVERSES** the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for an administrative law judge to re-evaluate whether plaintiff meets or equals Listing 12.05C, and, if warranted, reassess plaintiff's residual functional capacity and obtain evidence from a vocational expert at step five of the sequential evaluation process.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

September 22, 2014
Charleston, South Carolina